| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DYK, TIMOTHY B. | 2. Court or Organization<br><br>FEDERAL CIRCUIT | 3. Date of Report<br><br>05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>717 MADISON PLACE, N.W.<br>WASHINGTON, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dyk, Timothy B.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $698.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | UNIVERSITY OF MICHIGAN |
| 2. 2009 | SOCIETY FOR RISK ANALYSIS |
| 3. 2009 | WASHINGTON UNIVERSITY |
| 4. 2009 | THE BROOKINGS INSTITUTION |
| 5. 2009 | GEORGE WASHINGTON UNIVERSITY |
| 6. 2009 | PODESTA GROUP INC |
| 7. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM C. CONNOR INN | 01/15/2009 - 01/16/2009 | NEW YORK , NY | INAUGURATION DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | BLOOMINGTON INDIANA UNIVERSITY MAUER SCHOOL OF LAW | 03/06/2009 - 03/07/2009 | BLOOMINGTON, IN | MOOT COURT COMPETITION | TRANSPORTATION, LODGING, MEALS |
| 3. | NEW YORK INTELLECTUAL | 03/27/2009 - 03/28/2009 | NEW YORK, NY | 87TH ANNUAL DINNER | TRANSPORTATION, LODGING, MEALS |

PROPERTY LAW
ASSOCIATION (NYIPLA)

| | | | | | |
|---|---|---|---|---|---|
| 4. | FEDERAL CIRCUIT BAR ASSOCIATION (FCBA) | 03/18/2009 | WASHINGTON, DC | FCBA SYMPOSIUM | MEAL |
| 5. | INTELLECTUAL PROPERTY OWNERS EDUCATION FOUNDATION | 04/19/2009 - 04/20/2009 | WASHINGTON, DC | 5TH INTERNATIONAL JUDGES CONFERENCE | MEALS |
| 6. | CHICAGO RICHARD LINN INN OF COURT | 05/14/2009 - 05/15/2009 | CHICAGO IL | INN OF COURT MEETING / PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 7. | INTELLECTUAL PROPERTY OWNERS EDUCATION FOUNDATION | 05/28/2009 | WASHINGTON, DC | IPO AWARDS DINNER | MEAL |
| 8. | GEORGE MASON UNIVERSITY | 02/07/2009 | WASHINGTON, DC | 7TH ANNUAL MOOT COURT COMPETITION FOR LAW & ECONOMICS & AWARD CEREMONY | MEAL |
| 9. | FEDERAL CIRCUIT BAR ASSOCIATION | 06/18/2009 - 06/20/2009 | W. SULPHUR SPRINGS, W.VA | 11TH ANNUAL CONFERENCE | TRANSPORTATION, LODGING, MEALS |
| 10. | CHICAGO INTELLECTUAL PROPERTY LAW ASSOCIATION | 09/14/2009 - 09/15/2009 | CHICAGO, IL | CHICAGO IPO ANNUAL MEETING | TRANSPORTATION, LODGING, MEALS |
| 11. | AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION | 10/16/2009 | WASHINGTON, DC | AIPLA LUNCHEON | MEAL |
| 12. | GEORGETOWN UNIVERSITY AND STANFORD UNIVERSITY LAW CENTER | 10/23/2009 | WASHINGTON, DC | GEORGETOWN & STANFORD LAW CONFERENCE | MEAL |
| 13. | AMERICAN UNIVERSITY COLLEGE OF LAW | 10/24/2009 | WASHINGTON, DC | 16TH ANNUAL BURTON D. WECHLER 1ST AMENDMENT MOOT COURT COMPETITION | MEAL |
| 14. | LEGAL & INTELLECTUAL PROPERTY BIOTECHNOLOGICAL INDUSTRY ORGANIZATION | 10/27/2009 | WASHINGTON, DC | BIO IPCC CONFERENCE | MEAL |
| 15. | HOUSTON INTELLECTUAL PROPERTY LAW ASSOCIATION | 11/03/2009 | HOUSTON, TX | ANNUAL DINNER | MEAL |
| 16. | FEDERAL CIRCUIT BAR ASSOCIATION | 11/20/2009 | WASHINGTON, DC | 25TH ANNUAL DINNER | MEAL |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($331,800) | | None | N | S | | | | | |
| 2. CONDOMINIUM - N. MIAMI BEACH FL ($125,060) (X) | | None | M | S | | | | | |
| 3. CARLYLE FUND | | None | M | T | | | | | |
| 4. CARLYLE FUND | | None | | | Buy (add'l) | 02/15/09 | J | | |
| 5. CARLYLE FUND | | None | | | Buy (add'l) | 03/25/09 | K | | |
| 6. CARLYLE FUND | | None | | | Buy (add'l) | 08/05/09 | K | | |
| 7. CITIBANK BK DPT | A | Interest | J | T | | | | | |
| 8. HIGH POINT NC G/O | A | Interest | K | T | | | | | |
| 9. UTAH HSG CORP SINGLE FAM | B | Interest | K | T | | | | | |
| 10. ORLANDO FLA CAP | A | Interest | | | Redeemed | 10/01/09 | K | | |
| 11. PHOENIX AZ G/O | A | Interest | | | Redeemed | 07/01/09 | K | | |
| 12. VANGUARD MM | A | Interest | K | T | | | | | |
| 13. U.S. TREASURY BILL 1/15/09 | A | Interest | | | Redeemed | 01/15/09 | O | | |
| 14. BANK OF AMERICA (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 15. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | M | T | | | | | |
| 16. VANGUARD MONEY MARKET FUND T/E | D | Dividend | M | T | | | | | |
| 17. VANGUARD SHORT TERM T/ E FUND | D | Dividend | P1 | T | Buy | 07/13/09 | O | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD SHORT TERM T/ E FUND | | None | | | Buy (add'l) | 10/19/09 | P1 | | |
| 19. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | J | T | | | | | |
| 20. BRIGHT PT INC (COMMON STOCK) | | None | J | T | | | | | |
| 21. HARRIS INTERACTIVE INC (COMMON STOCK) | | None | J | T | | | | | |
| 22. OSI SYSTEMS INC (COMMON STOCK) | | None | J | T | | | | | |
| 23. POWERWAVE TECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 24. SIRONA DENTAL SYSTEMS INC (COMMON STOCK) | | None | J | T | | | | | |
| 25. TETRATECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 26. UNITED NATURAL FOODS (COMMON STOCK) | | None | J | T | | | | | |
| 27. VALERO ENERGY CORP (COMMON STOCK) | | None | | | Sold | 08/31/09 | K | | |
| 28. CAPMARK BANK CD DUE 07/16/12 | B | Dividend | M | T | Buy | 07/13/09 | M | | |
| 29. WATTS WATER TECH (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 30. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 31. VANGUARD IRA #4 | D | Dividend | O | T | | | | | |
| 32. - JAPAN FUND | | | | | | | | | |
| 33. - KAISER ALUMINUM CORP (COMMON STOCK) | | | | | | | | | |
| 34. - WILLIAMS COM GR INC. NOTES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RYDEX INVERSE S&P FUND | | | | | Buy | 11/24/09 | L | | |
| 36. - VANGUARD INTER- TERM BOND FUND | | | | | Buy | 04/14/09 | M | | |
| 37. - VANGUARD INTER- TERM BOND FUND | | | | | Sold | 09/23/09 | M | E | |
| 38. - I SHARES MSCI JAPAN | | | | | | | | | |
| 39. - I SHARES MSCI S. KOREA | | | | | | | | | |
| 40. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 41. -VANGUARD MM | | | | | | | | | |
| 42. - DOW CHEMICAL (COMMON STOCK) | | | | | Buy (add'l) | 01/05/09 | K | | |
| 43. - DOW CHEMICAL (COMMON STOCK) | | | | | Sold | 05/29/09 | L | | |
| 44. -GANNETT CO (COMMON STOCK) | | | | | Sold | 10/19/09 | L | | |
| 45. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | | | | | |
| 46. - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 47. - NY TIMES CO (COMMON STOCK) | | | | | | | | | |
| 48. - PACKAGING CORP OF AMERICA (COMMON STOCK) | | | | | Sold | 07/24/09 | L | | |
| 49. - WORTHINGTON INDUSTRIES (COMMON STOCK) | | | | | Sold | 04/21/09 | K | | |
| 50. - CAPITAL TRUST INC (COMMON STOCK) | | | | | | | | | |
| 51. - SEQUOIA FUND | | | | | Sold | 09/01/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - EATON VANCE FLOATING RATE INCOME TRUST | | | | | Sold | 12/03/09 | K | | |
| 53. - DOW CHEMICAL BOND DUE 05/15/14 | | | | | Buy | 06/05/09 | L | | |
| 54. - WELLS FARGO (COMMON STOCK) | | | | | Buy | 01/21/09 | K | | |
| 55. - WELLS FARGO (COMMON STOCK) | | | | | Sold | 03/23/09 | L | D | |
| 56. VANGUARD IRA - #1 | C | Dividend | O | T | | | | | |
| 57. -ARTIO INTL EQUITY FUND II | | | | | Sold | 11/18/09 | K | | |
| 58. - DODGE & COX INT FUND | | | | | Sold | 11/18/09 | L | D | |
| 59. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 60. - CHESAPEAKE ENERGY (COMMON STOCK) | | | | | Sold | 10/22/09 | K | D | |
| 61. - CHEVERON (COMMON STOCK) | | | | | Buy | 03/02/09 | L | | |
| 62. - CHEVERON (COMMON STOCK) | | | | | Sold | 06/10/09 | L | D | |
| 63. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 64. - JAPAN FUND | | | | | | | | | |
| 65. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | Sold | 09/21/09 | J | | |
| 66. - THIRD AVE FOCUSED CREDIT FUND | | | | | Buy | 08/31/09 | L | | |
| 67. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 68. - EMERSON ELECTRIC (COMMON STOCK) | | | | | Buy | 03/10/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - EMERSON ELECTRIC (COMMON STOCK) | | | | | Sold | 06/08/09 | L | E | |
| 70. - RYDEX INVERSE S&P 500 FUND | | | | | Buy | 11/20/09 | L | | |
| 71. - RYDEX INVERSE S&P 500 FUND | | | | | Buy | 12/01/09 | L | | |
| 72. - RYDEX INVERSE S&P 500 FUND | | | | | Sold | 12/31/09 | M | | |
| 73. - VANGUARD ADMIRAL TREAS MM | | | | | | | | | |
| 74. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 75. VANGUARD IRA #2 | D | Dividend | N | T | | | | | |
| 76. -VANGUARD MONEY MARKET | | | | | | | | | |
| 77. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | | | | | |
| 78. - DODGE & COX INT FUND | | | | | Buy (add'l) | 09/21/09 | J | | |
| 79. -VALERO ENERGY (COMMON STOCK) | | | | | Sold | 08/31/09 | K | | |
| 80. - AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | Sold | 09/21/09 | J | | |
| 81. -WHOLE FOODS (COMMON STOCK) | | | | | Sold | 03/13/09 | K | | |
| 82. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 83. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 84. - INTEL (COMMON STOCK) | | | | | Buy | 05/13/09 | K | | |
| 85. - N Y TIMES (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -ARKANSAS BEST (COMMON STOCK) | | | | | Sold | 06/08/09 | K | D | |
| 87.   - DODGE & COX STOCK FUND | | | | | Sold | 08/31/09 | K | | |
| 88.   - SEQUOIA FUND | | | | | Sold | 09/01/09 | L | | |
| 89.   - FAIRHOLME FUND | | | | | Sold | 11/13/09 | L | | |
| 90.   - EATON VANCE FLOATING RATE INC TRUST FUND | | | | | Sold | 12/03/09 | K | | |
| 91.   - EMERSON ELECTRIC (COMMON STOCK) | | | | | Sold | 06/08/09 | K | | |
| 92.   - GOOGLE (COMMON STOCK) | | | | | Sold | 09/23/09 | M | | |
| 93.   - THIRD AVENUE INTERNATIONAL VALUE FUND | | | | | Sold | 12/07/09 | K | | |
| 94.   - AFLAC INC (COMMON STOCK) | | | | | Buy | 02/06/09 | K | | |
| 95.   - AFLAC INC (COMMON STOCK) | | | | | Sold | 04/17/09 | L | D | |
| 96.   - BP INC (COMMON STOCK) | | | | | Buy | 02/19/09 | K | | |
| 97.   - BP INC (COMMON STOCK) | | | | | Buy (add'l) | 02/27/09 | K | | |
| 98.   - BP INC (COMMON STOCK) | | | | | Sold | 06/10/09 | M | E | |
| 99.   VANGUARD IRA # 3 | C | Dividend | N | T | | | | | |
| 100.   - VANGUARD MM FUND | | | | | | | | | |
| 101.   -YRC WORLDWIDE (COMMON STOCK) | | | | | Sold | 05/07/09 | J | | |
| 102.   - RYDEX INVERSE S&P 500 FUND | | | | | Buy | 12/01/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - RYDEX INVERSE S&P 500 FUND | | | | | Sold | 12/31/09 | L | | |
| 104.  -EATON VANCE FLOATING RATE FD | | | | | Sold | 12/03/09 | K | | |
| 105.  - ARKANSAS BEST CORP (COMMON STOCK) | | | | | Sold | 06/08/09 | K | D | |
| 106.  - THIRD AVE FOCUS CREDIT FUND | | | | | Buy | 09/22/09 | L | | |
| 107.  - McCLATCHY CO (COMMON STOCK) | | | | | Sold | 10/19/09 | K | | |
| 108.  - SPIDER REGIONAL BANK FUND | | | | | Sold | 05/07/09 | K | | |
| 109.  - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | | | | | |
| 110.  - CBS, INC (COMMON STOCK) | | | | | Sold | 10/19/09 | K | D | |
| 111.  - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 112.  TD WATERHOUSE IRA #1 | A | Dividend | N | T | | | | | |
| 113.  - SPEC SIT EQUITY FUND | | | | | Sold | 12/31/09 | N | E | |
| 114.  TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 115.  -SPEC SIT LIFE SCIENCES FUND | | | | | | | | | |
| 116.  CHARLES SCHWAB IRA | B | Dividend | | | Closed | 03/23/09 | N | | |
| 117.  -FIRST EAGLE OVERSEAS FUND | | | | | Sold | 02/09/09 | J | | |
| 118.  -FIRST EAGLE US VALUE FUND | | | | | Buy (add'l) | 01/08/09 | K | | |
| 119.  - FIRST EAGLE US VALUE FUND | | | | | Sold | 02/09/09 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – _income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income. assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | Sold | 02/09/09 | J | | |
| 121. -TROWE PRICE CAPITAL APP FUND | | | | | Sold | 02/09/09 | K | | |
| 122. - RYDEX MANAGED FUTURES FUND | | | | | Buy | 01/09/09 | K | | |
| 123. - RYDEX MANAGED FUTURES FUND | | | | | Sold | 02/09/09 | K | | |
| 124. - SCHWAB GOVT MONEY FUND | | | | | Sold | 03/23/09 | N | | |
| 125. - JP MORGAN HIGHBRIDGE STATISTICAL MKT NEUTRAL SELE | | | | | Sold | 02/09/09 | K | | |
| 126. - SPDR TRUST UNIT SRI EXPIRING ON 01/22/2118 | | | | | Sold | 01/20/09 | K | | |
| 127. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 128. ING LIFE INS | C | Dividend | M | T | | | | | |
| 129. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 130. US BONDS | C | Interest | M | T | | | | | |
| 131. J.J. GUMBERG LIMITED PARTNERSHIP (X) | B | Distribution | J | W | | | | | |
| 132. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50.001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) TRANSFERS FROM IRA ACCOUNTS TO THRIFT SAVINGS PLAN ACCOUNTS NOT SHOWN.

3) LINE 2 & 131 ARE ASSETS THAT WERE INHERITED FROM

4) LINE 57 - ARTIO INTL EQUITY FUND II WAS FORMALLY JULIUS BAER INTL EQUITY FUND II.

| Name of Person Reporting | Date of Report |
|---|---|
| | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq.. 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544